UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jesus J. Canela,<br><br>    Petitioner,<br><br>  v.<br><br>R.I. GOWER,<br><br>    Respondent. | Case No.  15-cv-0398-TEH<br><br>JUDGMENT |

Pursuant to the order of dismissal signed today, a judgment of dismissal is entered against Petitioner.  Petitioner shall obtain no relief by way of his petition.

IT IS SO ORDERED.

Dated: 01/06/2016

_____
THELTON E. HENDERSON
United States District Judge

G:\PRO-SE\TEH\HC.15\Canela0398.jud.docx